UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joel J. Spector and Stephen J. Feldman, doing business as Spector & Feldman, LLP, Pro Se

                Plaintiff,

-V-

The Republic of Liberia,

                Defendants.

**CERTIFICATE OF MAILING**

07 CV 8745 (VM)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of October, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10TH day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 895644

_____
                CLERK

Dated: New York, NY

# SPECTOR & FELDMAN, LLP

ATTORNEYS AT LAW
800 SECOND AVENUE
NEW YORK, N.Y. 10017

---

(212) 818-1400
TELECOPIER (212) 983-0784

October 11, 2007

United States District Court for
The Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Attn:  J. Michael McMahon, Clerk of Court



Re: Spector & Feldman, LLP v. The Republic of Liberia
    07 Civ. 8745(VM)

Dear Sir:

The above-referenced is an admiralty and maritime entitled action.

Pursuant to Federal Rules of Civil Procedure Rule 4:(f)(2)(c)(ii), we hereby request that you effectuate service of the Summons, Complaint and Notice, upon the defendant, Republic of Liberia, c/o its Minister of Foreign Affairs, Olubanke King-Akerele, by registered mail.

Please be advised that we will furnish no translation of the enclosed document as English is the official language of Liberia.

Copies of the Summons, Complaint and Notice are enclosed for the court's file. The completed forms, as requested (Postal Service Form 2865), made out to Olubanke King-Akerele, Receipt (Postal Service Form 3806), made out to the U.S. District Court Post Office and Custom Declaration, (Form 2976) are enclosed herewith.

Kindly advise when service has been perfected.

Very truly yours,

*/s/ Stephen J. Feldman*

Stephen J. Feldman