Office No.
Index No. 07 CIV 8745

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

Joel J. Spector and Stephen J. Feldman, doing business as Spector & Felman, LLP

-against-

The Republic of Liberia

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**Byran McElderry**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **11/2/2007**, at **12:49 pm**, at **United Nations Mission 866 UN Plaza, 4th Flr New York, NY 10017**

I served the **Summons in a Civil Action**

Upon **The Republic of Liberia**,

by delivering a true copy bearing Index # 07 CIV 8745

to **Famatti Osode**, Legal Clerk.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 50-54; Approx. Height: 5'2"; Approx. Weight: 140; Other:**

Sworn to before me on 11/5/2007:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Byran McElderry
NYC License # - 869802

9605

Attorney/Client: SPECTOR & FELDMAN, LLP
800 SECOND AVE
, NEW YORK, NY 10017
Phone: 212-818-1400

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (106404F)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Joel J. Spector and Stephen J. Feldman, doing business as Spector & Feldman, LLP, Pro Se

V.

The Republic of Liberia

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8745

JUDGE MARRERO

TO: (Name and address of Defendant)

THE REPUBLIC OF LIBERIA
United Nations Mission
866 UN Plaza, 4th Floor
New York, New York 10017

Minister of Foreign Affairs
Republic of Liberia
P.O. Box 10-9002
1000 Monrovia 10
LIBERIA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SPECTOR & FELDMAN, LLP
800 Second Avenue
New York, New York 10017

an answer to the complaint which is served on you with this summons, within ___THIRTY (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DATE  OCT 1 0 2007

CLERK

(By) DEPUTY CLERK