# SPECTOR & FELDMAN, LLP

ATTORNEYS AT LAW
800 SECOND AVENUE
NEW YORK, N.Y. 10017

---

(212) 818-1400
TELECOPIER (212) 983-0784

January 23, 2008

<u>VIA ELECTRONIC CASE FILING</u>

Hon. Judge Victor Marrero
United Stated District Court for
The Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Spector & Feldman, LLP v. The Republic of Liberia
         <u>Index No.: 07 C.V. 8745 (VM)</u>

Dear Hon. Judge Marrero:

  Pursuant to your Order of January 17, 2008, I wish to advise you that the defendant, The Republic of Liberia, has defaulted in appearing or answering in this matter.

  As a result of this default we intend to proceed with entry of a default judgment against said defendant.

  We will proceed as promptly as possible herein.

                Very truly yours,

                Stephen J. Feldman

SJF:lki