**SPECTOR & FELDMAN, LLP**

ATTORNEYS AT LAW
800 SECOND AVENUE
NEW YORK, N.Y. 10017

(212) 818-1400
TELECOPIER (212) 983-0784

January 31, 2007

Ambassador Nathaniel Barnes
Permanent Mission of the
Republic of Liberia
820 Second Avenue
New York, NY 10017

**FOR PROFESSIONAL SERVICES RENDERED**

Re: <u>City of New Rochelle v. Republic of Liberia</u>

January 13, 2007 to January 31, 2007

Prepared for and appeared in Federal District Court for conference on this matter; monitored the Supreme Court as to its decision in collateral case; performed legal research; various and miscellaneous communications with client, attorney, etc.

| <u>Attorney</u> | <u>Time Expended</u> | <u>Hourly Rate</u> | <u>Fee</u> |
|---|---|---|---|
| Stephen J. Feldman | 5.5 Hours | $300* | $1,650 |
| | <u>Disbursements Advanced</u> | | |
| | Transportation - | | $15.00 |
| | Total Amount Due - | | **$1,665.00** |

* Reduced as Courtesy

---

**STATEMENT**

Balance due as to invoices of : November 20th, December 8th, December 31st, 2006 and January 12, 2007-        **$10,482.05**

---

**SUMMARY**

Balance Currently Due-

This invoice-            $1,665
Statement aforesaid-     $10,482.05
Total-                   **$12,147.05**



June 1, 2007

Ambassador Nathaniel Barnes
Permanent Mission of the
Republic of Liberia to the United Nations
820 Second Avenue
New York, NY 10017

Re: Republic of Liberia with 866 UN Plaza

Total Fee due as per invoices of October 20th, November 20th, December 8th and December 19th 2006-        $8,896.00

Amount paid on Account on February 5, 2007-        $5,000

Balance Due:        **$3,896.00**