Office No.

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NY

Index No. 07 CIV 8745

Joel J. Spector and Stephen J. Feldman, doing business as Spector & Felman, LLP

-against-

The Republic of Liberia

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**Byran McElderry**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **11/2/2007**, at **12:49 pm**, at **United Nations Mission 866 UN Plaza, 4th Flr New York, NY 10017**

I served the **Summons in a Civil Action**

Upon **The Republic of Liberia**,

by delivering a true copy bearing Index # 07 CIV 8745

to **Famatti Osode**, Legal Clerk.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Black; Hair: Black; Approx. Age: 50-54; Approx. Height: 5'2";**
**Approx. Weight: 140; Other:**

Sworn to before me on 11/5/2007:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Byran McElderry
NYC License # - 869802

9605

Attorney/Client: SPECTOR & FELDMAN, LLP
800 SECOND AVE
, NEW YORK, NY 10017
Phone: 212-818-1400

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (106404F)