

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Joel J. Spector and Stephen J. Feldman, doing business as Spector & Feldman, LLP, Pro Se<br><br>                Plaintiff,<br><br>             -V-<br><br>The Republic of Liberia,<br>                Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 8745 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th day of October, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10TH day of October, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

    See attached for listing of Defendants

    That annexed to the original hereof is registered mail receipt(s)

                   **RB**

                                                              CLERK

Dated: New York, NY

# SPECTOR & FELDMAN, LLP

ATTORNEYS AT LAW
800 SECOND AVENUE
NEW YORK, N.Y. 10017

(212) 818-1400
TELECOPIER (212) 983-0784

October 11, 2007

United States District Court for
The Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Attn: J. Michael McMahon, Clerk of Court

nan, LLP v. The Republic of Liberia
8745(VM)

tled action.

dure Rule 4:(f)(2)(c)(ii), we hereby request
Complaint and Notice, upon the defendant,
of Foreign Affairs, Olubanke King-Akerele,

Spector & Feldman, LLP.
800 Second Avenue
New York, New York 10017

ish no translation of the enclosed document

Olubanke King-Akerele
Minister of Foreign Affairs
P.O. Box 10-9002
1000 Monrovia 10
LIBERIA

aint and Notice are enclosed for the court's
requested (Postal Service Form 2865), made
pt (Postal Service Form 3806), made out to
Office and Custom Declaration, (Form 2976)

Kindly advise when service has been perfected.

Very truly yours,

Stephen J. Feldman