UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SPECTOR & FELDMAN, LLP.,

                                      Plaintiff,                  File No. 07CIV8745

        -against-                                      **DEFAULT JUDGMENT**

THE REPUBLIC OF LIBERIA,

                                      **Defendant.**
-----------------------------------------------------------x

       This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, The Republic of Liberia, on November 2, 2007 by personal service on The Republic of Liberia, and a proof of service having been filed on November 7, 2007 and by delivery of two copies of the Summons and Complaint to the Clerk of the Court for transmittal by Registered Mail Return Receipt Requested to the Minister of Foreign Affairs of The Republic of Liberia on October 24, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against defendant in the liquidated amount of $16,043 with interest at 09% from November 20, 2006 amounting to $1,772.79 plus costs and disbursements of this action in the amount of $385.00 amounting in all to $18,170.79.

Dated: New York, New York
          February 27, 2008

                                                            Victor Marrero
                                                             U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08
```

This document was entered on the docket on _____.